UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

JOANN ARTIS STEVENS, )
)
        Plaintiff, )
) **JUDGMENT IN A**
) **CIVIL CASE**
v. ) **CASE NO. 4:19-cv-4-D**
)
TOWN OF SNOW HILL, NC, COUNTY OF )
GREENE, NC, and LENOIR COMMUNITY )
COLLEGE FOUNDATION, )
)
        Defendants. )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's application to proceed in forma pauperis [D.E. 1] is GRANTED, plaintiff's objections to the M&R [D.E. 6] are OVERRULED, and plaintiff's complaint [D.E. 1-1] is DISMISSED without prejudice for lack of jurisdiction. Alternatively, plaintiff has failed to state a claim upon which relief can be granted, and the court DISMISSES the complaint without prejudice.

**This Judgment Filed and Entered on September 25, 2019, and Copies To:**

JoAnn Artis Stevens       (Sent to P.O. Box 343 Snow Hill, NC 28580 via US Mail)

DATE:       PETER A. MOORE, JR., CLERK

September 25, 2019       (By) /s/ Nicole Sellers
                                            Deputy Clerk